STATE OF OREGON,
*Respondent,*

*v.*

CELSO LARIOS TEJEDA,
*Appellant.*

(89-CR-0032; CA A63948)

826 P2d 26

Beecher C. Ellison, Grants Pass, argued the cause for appellant. With him on the brief was Kengla, Sybrant, Browne & Ellison, Grants Pass.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J., deceased.

## PER CURIAM

Defendant's probation was revoked, because he had been convicted of possession of cocaine in another case. *See State v. Tejeda (A63949)*, 111 Or App 201, 826 P2d 25 (1992). He contends that he is not guilty of that charge and that, therefore, his probation was improperly revoked. He is wrong.

Affirmed.